UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CAUSE NO. 3:10-CR-16(01) RM |
| ) | |
| DENNIS LAVENGOOD ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on June 22, 2010 [Doc. No. 24]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Dennis Lavengood's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. §§ 922(g)(1).

SO ORDERED.

ENTERED:  July 12, 2010 


                                             /s/ Robert L. Miller, Jr.
                                             Judge
                                             United States District Court